IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARYANNE KLEMMER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TRUMP ENTERTAINMENT RESORTS, *A DELAWARE CORPORATION*, et al.,<br><br>　　　　Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 14-5319 (JBS/KMW)<br><br>**ORDER OF ADMINISTRATIVE TERMINATION** |

　　This matter having come before the Court on Defendants' "Notice of Bankruptcy Filing" [Docket Item 4], advising the Court that, on September 9, 2014, "Trump Entertainment Resorts, Inc., and all of its subsidiaries," filed petitions for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware; and the Court having considered Defendants' Notice; and for good cause shown;

　　IT IS this   **12th**   day of   **September**  , **2014,** hereby

　　ORDERED that this matter is **ADMINISTRATIVELY TERMINATED** without prejudice; and it is further

　　ORDERED that the pending motions [Docket Items 2 & 3] shall be, and hereby are, **DISMISSED WITHOUT PREJUDICE.**

　　　　　　　　　　　　　　　　　　　　　　**s/ Jerome B. Simandle**
　　　　　　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge