IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARYANNE KLEMMER, BRUCE PEARLMAN, and GERALD FLORIO,<br><br>    Plaintiffs,<br><br> v.<br><br>TRUMP ENTERTAINMENT RESORTS, *A DELAWARE CORPORATION*, TRUMP TAJ MAHAL ASSOCIATES, LLC *A NEW JERSEY CORPORATION*, JOHN M. DONNELLY, ESQUIRE, JOHN DOE DECISION-MAKERS (PLURAL 1-10), and JOHN DOE INDIVIDUALS WHO SECRETLY RECORDED PLAINTIFFS (PLURAL 1-10),<br><br>    Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action No.<br>14-5319 (JBS/KMW)<br><br>**ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT JOHN M. DONNELLY, ESQUIRE WITHOUT PREJUDICE** |

  This matter comes before the Court by way of Defendant John M. Donnelly, Esquire's (hereinafter, "Defendant Donnelly") informal application to dismiss this action as against him with prejudice for failure to prosecute [see Docket Items 6, 8, & 13]; and the Court having considered Defendant Donnelly's submissions and the factors set forth in Poulis v. State Farm Fire & Casualty Co., 747 F.2d 864, 867-68 (3d Cir. 1984); and for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

  IT IS this __**23rd**__ day of __**March**__, **2016**, hereby

**ORDERED** that Defendant Donnelly's informal request for dismissal [Docket Items 6, 8, & 13] shall be, and hereby is, **GRANTED IN PART**; and it is further

**ORDERED** that Plaintiffs' claims against Defendant Donnelly (Counts Five and Six of Plaintiffs' Complaint) shall be, and hereby are, **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute and to comply with Court Orders; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case, without prejudice to reopening this action at an appropriate time to pursue claims against Defendants Trump Entertainment Resorts and Trump Taj Mahal Associates, LLC; and it is further

**ORDERED** that the Clerk of Court shall mail a copy of the Memorandum Opinion and Order of today's date to the Law Offices of Richard L. Press & Associates, LLC, 23 E. Black Horse Pike, Pleasantville, New Jersey 08232; and it is further

**ORDERED** that Defendant Donnelly shall use his best efforts to mail a copy of this Court's Memorandum Opinion and Order to the last known addresses of the three Plaintiffs, and if successful, to then file proof of service on the docket.

                                                         **s/ Jerome B. Simandle**
                                                         JEROME B. SIMANDLE
                                                         Chief U.S. District Judge